IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CV-49-D

DANIEL FELIX,                         )
                                      )
              Plaintiff,              )
                                      )
       v.                             )              **ORDER**
                                      )
LAURA TWICHELL,                       )
                                      )
              Defendant.              )


For the reasons stated in defendant's memorandum of law in support of her motion to dismiss

[D.E. 12], the court GRANTS defendant's motion to dismiss [D.E. 11] and DISMISSES plaintiff's

complaint.

SO ORDERED. This _6_ day of April, 2022.


                                    JAMES C. DEVER III
                                    United States District Judge